# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CASE NO. 8:15-CV-00058-CEH-TBM**

JAMES YOUNG,

       Plaintiff,

vs.

NAVIENT SOLUTIONS, INC.

       Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, James Young, and Defendant, Navient Solutions, Inc., stipulate to the dismissal of this case with prejudice, and with each party to be responsible for the payment of its own attorney's fees and costs.

| | |
|---|---|
| */s/ Amanda Allen, Esq.* | */s/ Laura H. Compton, Esq.* |
| Amanda Allen, FBN: 98229 | Scott P. Yount, FBN: 0021352 |
| Morgan & Morgan, P.A., Tampa | Laura H. Compton, FBN: 0036896 |
| 201 N. Franklin Street, 7th Floor | Garrison, Yount, Forte & Mulcahy, L.L.C. |
| Tampa, Florida 33602 | 601 Bayshore Blvd., Suite 800 |
| Phone: (813) 223-5505 | Tampa, Florida 33606-2760 |
| Fax: (813) 223-5402 | Phone: 813-275-0404 |
| Email: aallen@forthepeople.com | Fax: 813-275-0304 |
| Attorney for Plaintiff | Email: syount@garrisonyount.com |
| | lcompton@garrisonyount.com |
| | Attorney for Navient Solutions, Inc. |